```
_____ FILED _____ LODGED
_____ RECEIVED

SEP 10 2015

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                          DEPUTY
```

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                    Petitioner,

          v.

RICHARD E. LOYD,

                    Respondent.

No.  15-MC-5032-BHS-DWC

[PROPOSED]
ORDER OF ENFORCEMENT
OF SUMMONS

WHEREAS, the Court having issued an Order of Reference and Directing the respondent to Show Cause why the Internal Revenue Service summons served in this case should not be enforced, and the respondent having been served with such Order on August 9, 2015, and

WHEREAS, no cause having been shown as to why the respondent should not be compelled to testify and produce the records demanded in the Internal Revenue Service summons served on the respondent on February 24, 2015,

ORDER OF ENFORCEMENT - 1
(15-MC-5032)

1    WHEREFORE, IT IS ORDERED that the respondent shall appear before

2  investigating Revenue Officer Shipley, or any other proper agent, officer, or employee of the

3
4  Internal Revenue Service, not later than twenty (20) workdays following the entry of this

5  Order to testify and produce records as demanded in such summons.

6    IT IS FURTHER ORDERED that if the respondent fails to comply with this Order,

7
8  the respondent can be held in contempt of Court and be subject to imprisonment, fine or

9  both.

10    IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this

11
12  ORDER by certified mail and first-class mail to the respondent, 10814 206th Street East,

13  Graham, Washington 98338, to the United States Attorney, and to the United States

14  Magistrate Judge to whom this matter is assigned.

15    DATED this _10_ day of _September_, 2015.

16

17

18    _____
       UNITED STATES DISTRICT JUDGE

19

20  Presented by:

21

22  /s/ Kyle A. Forsyth
23  KYLE A. FORSYTH, WSBA #34609
    Assistant United States Attorney
24

25

26

27

28

ORDER OF ENFORCEMENT - 2
(15-MC-5032)