Judge Benjamin H. Settle
Magistrate Judge David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Petitioner,

v.

RICHARD E. LOYD,

    Respondent.

No. 15-MC-5032-BHS-DWC

ORDER GRANTING UNITED STATES' WITHDRAWAL OF PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

THIS MATTER, having come before the Court upon the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons; and the Court being fully advised, it is hereby

//

//

//

ORDER GRANTING U.S.' WITHDRAWAL OF
PETITION TO ENFORCE IRS SUMMONS - 1
(15-MC-5032-BHS-DWC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ORDERED that the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons is GRANTED and the above-captioned action is DISMISSED.

DATED this 27 day of October, 2015.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

ANNETTE L. HAYES
United States Attorney

/s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov

ORDER GRANTING U.S.' WITHDRAWAL OF
PETITION TO ENFORCE IRS SUMMONS - 2
(15-MC-5032-BHS-DWC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970